**Fill in this information to identify the case:**

Debtor name    **Rose Mechanical Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **8-26-71752**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2026**          *X* **/s/ Anthony Taormina**
                                        Signature of individual signing on behalf of debtor

                                        **Anthony Taormina**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Rose Mechanical Corp.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known)      **8-26-71752**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................................... $      **5,565,642.11**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................................... $      **5,565,642.11**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **2,060,927.47**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      **2,913,261.00**

4.    **Total liabilities** ................................................................................................................................................
    Lines 2 + 3a + 3b

$      **4,974,188.47**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rose Mechanical Corp.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>8-26-71752</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking** | **2555** | **$9,133.55** |
| 3.2. | **M&T Bank** | **Checking** | **1864** | **$5,791.92** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$14,925.47**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor  **Rose Mechanical Corp.**                                    Case number *(If known)*  **8-26-71752**
    Name

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,190,056.56** | - | **0.00** | = .... | **$1,190,056.56** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **3,013,910.08** | - | **0.00** | =.... | **$3,013,910.08** |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

| |
|---|
| **$4,203,966.64** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**10 Office desks + filing cabinets** | **Unknown** | | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**8 desktop PCs with printers (5+ years old)** | **Unknown** | | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**

| |
|---|
| **$0.00** |

Add lines 39 through 42.  Copy the total to line 86.

Debtor    **Rose Mechanical Corp.**                          Case number *(If known)*  **8-26-71752**
_____                          _____
Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 Ford F-150**<br>**VIN: 1FTEW1EG7JFE53854**<br>**127,000 Miles** | Unknown | | $9,000.00 |
| 47.2.   **2020 RAM 1500**<br>**VIN: 1C6SRFJT3LN264807**<br>**132,000 Miles** | Unknown | | $18,000.00 |
| 47.3.   **2021 RAM PROMASTER 1500**<br>**VIN: 3C6LRVBG7ME533526**<br>**88,200 Miles** | Unknown | | $19,000.00 |
| 47.4.   **2022 TESLA MODEL 3**<br>**VIN: 5YJ3E1EB5NF123607**<br>**105,000 Miles** | Unknown | | $12,500.00 |
| 47.5.   **2019 FREIGHTLINER M2 106 MEDIUM**<br>**DUTY**<br>**VIN: 3ALACWFB6KDKY3607**<br>**135,000 Miles** | Unknown | | $35,000.00 |
| 47.6.   **2024 FORD TRANSIT VAN**<br>**VIN: 1FTBR1C89RKA10078** | Unknown | | $23,000.00 |
| 47.7.   **2024 JEEP WRANGLER 4XE**<br>**VIN: 1C4RJXU64RW115514**<br>**47,000 Miles** | Unknown | | $34,000.00 |
| 47.8.   **2025 FREIGHTLINER M2 106 MEDIUM**<br>**DUTY**<br>**VIN: 3ALACWFC5SDWA7974**<br>**9,500 Miles** | Unknown | | $95,000.00 |

Debtor **Rose Mechanical Corp.**                    Case number *(If known)* **8-26-71752**

Name

| | | | |
|---|---|---|---|
| 47.9. | **2024 RAM PROMASTER 2500**<br>**VIN: 3C6LRVDG7RE129890**<br>**24,000 Miles** | Unknown | $32,000.00 |
| 47.10. | **2025 FREIGHTLINER M2 106 MEDIUM**<br>**DUTY**<br>**VIN: 1FVACWFC6SHWF1332**<br>**12,000 Miles** | Unknown | $95,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2022 JCB S3246E Scissor lift 32'**<br>**Serial #5315774** | Unknown | $15,000.00 |
| **2022 JCB S3246E Scissor lift 32'**<br>**Serial #5315172** | Unknown | $15,000.00 |
| **2022 JCB S3246E Scissor lift 32'**<br>**Serial #5316250** | Unknown | $15,000.00 |
| **2022 Genie GS-1930 Scissor Lift 19'**<br>**Serial #GS3014A-131328** | Unknown | $9,000.00 |
| **2022 Able R4045 Scissor Electric 40' Narrow**<br>**Serial# M200064196** | Unknown | $23,000.00 |
| **2022 Able R4045 Scissor Electric 40' Narrow**<br>**Serial#: M200064198** | Unknown | $23,000.00 |
| **2021 Mitsubishi Forklift FGC25N** | Unknown | $12,000.00 |
| **2020 Vicon HVAC 520 Plasma Cutting System** | Unknown | $15,000.00 |
| **2020 Vicon V-8 Eight Station Rollformer** | Unknown | $3,500.00 |
| **2020 Vicon V-8 Eight Station Rollformer with**<br>**Slip & Drive Rolls** | Unknown | $3,500.00 |
| **2020 Vicon TDX 16 Station Roll Former with**<br>**TDX Rolls & 16 Gauge** | Unknown | $23,000.00 |
| **2020Vicon V-TDX-B Duct Brake** | Unknown | $12,000.00 |

Debtor     **Rose Mechanical Corp.**                                    Case number *(If known)*  **8-26-71752**
                Name

| | | |
|---|---|---|
| **2020 Flagler 20 Gauge Power Flanger** | **Unknown** | **$1,200.00** |
| **2020 National N12018 10' Hand Brake** | **Unknown** | **$1,500.00** |
| **2020 National U4816 Four Foot Box & Pan Brake** | **Unknown** | **$500.00** |
| **2020 Duro-Dyne 18012 4 Rolling Head Pin Spotter** | **Unknown** | **$5,000.00** |
| **2020 Duro-dyne Insulation Slitter** | **Unknown** | **$1,200.00** |
| **2020 Durodyne Air Hammers** | **Unknown** | **$300.00** |
| **2020 Tennsmith DS24-20 Cheek Bender** | **Unknown** | **$250.00** |
| **2020 Vicon 54C-G 4 Position Underfed Coil Cradle** | **Unknown** | **$120,000.00** |
| **HP-5 Hole Punch Unit** | **Unknown** | **$12,000.00** |
| **2023 Spiral Helix Spiral Helix 1620/3600 Tubeformer & Spiral Helix 800953US Gore Locker** | **Unknown** | **$115,000.00** |
| **2023 HP Compressor 10** | **Unknown** | **$2,000.00** |
| **202316 gauge roller** | **Unknown** | **$2,300.00** |
| **2023 Spiral Helix 3610 Ovalizer & Roller 48/20** | **Unknown** | **$125,000.00** |
| **2023Vicon Coiline tables , SD roll former,TDF roll foremer, durodine liner w/pinspoter , bre** | **Unknown** | **$350,000.00** |
| **2023 Vicon Wisperlock seam sealer** | **Unknown** | **$19,000.00** |
| **2023 Vicon Dual head corner machine** | **Unknown** | **$25,000.00** |
| **2012 Fork lift F12000 Lb forklift** | **Unknown** | **$25,000.00** |

51.     **Total of Part 8.**                                                                      **$1,346,750.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No

Debtor   **Rose Mechanical Corp.**                     Case number *(If known)* **8-26-71752**
_____Name_____

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Commercial Lease Agreement dated January 28, 2021 for real property located at 1565 Ocean Avenue, Bohemia, New York. Term expires January 31, 2027.** | **Tenant** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Rose Mechanical Corp.**                                    Case number *(If known)*  **8-26-71752**
              Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,925.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,203,966.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,346,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,565,642.11 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                    $5,565,642.11

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Rose Mechanical Corp.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **8-26-71752** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Huntington National Bank** Creditor's Name | Describe debtor's property that is subject to a lien **(2) New 2022 JLG R4045 Schissor Lifts & (1) 2021 Airtow T-14-10 Trailer** | **Unknown** | **$0.00** |

**Huntington National Bank**
Creditor's Name

**11100 Wayzata Blvd
Suite 700
Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**(2) New 2022 JLG R4045 Schissor Lifts & (1) 2021 Airtow T-14-10 Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.2** | **HYG Financial Services In**
Creditor's Name

**600 South 4th Street
Floor 10
Minneapolis, MN 55415**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**All equipment leased by HYTG to debtor + all accessories, additions, replacements, and substitutions**

**UCC # 202307246035015**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **Unknown**    Column B: **$0.00**

Debtor **Rose Mechanical Corp.**     Case number (if known)     **8-26-71752**
_____ Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Ponce Bank** | | |
|---|---|---|---|

Creditor's Name

**2244 Westchester Avenue Bronx, NY 10462**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     **$1,560,927.47**     **$0.00**

**All accounts, deposit accounts, accounts receivables, instruments, and supporting obligations; furniture, fixtures & equipment; general intangibles; inventory; chattel paper; proceeds; etc.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Signature Financial LLC** | | |
|---|---|---|---|

Creditor's Name

**225 Broadhollow Rd Suite 132 Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     **Unknown**     **$0.00**

**(1) Spiral Helix 3610 Ovalizer
(1) Spiral Helix Roval Roller 48/20**

**Describe the lien**

**Equipment Finance Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **U.S. Small Bus Admin** | | |
|---|---|---|---|

Creditor's Name

**New York District Office Attn: District Counsel 26 Federal Plaza, Rm 3100 New York, NY 10278**

**Describe debtor's property that is subject to a lien**     **$500,000.00**     **$0.00**

**All tangible and intangible personal property**

---

Debtor **Rose Mechanical Corp.**                    Case number (if known)    **8-26-71752**

_____
Name

| Creditor's mailing address | **Describe the lien** |
| --- | --- |
| | **IDLE Loan** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **08/14/21** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9109** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$2,060,927.47** |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Flagstar Equipment Fin.**<br>**100 Duffy Ave**<br>**Suite 402**<br>**Hicksville, NY 11801** | Line __2.4__ | |
| **HYG Financial Services In**<br>**PO Box 35701**<br>**Billings, MT 59107** | Line __2.2__ | |
| **Machinery Finance Resourc**<br>**17 Talcott Notch Road**<br>**Farmington, CT 06032** | Line __2.1__ | |
| **Ponce Bank**<br>**c/o Dybner & Dybner**<br>**111 Dunnell Road, Ste 103**<br>**Maplewood, NJ 07040** | Line __2.3__ | |
| **U.S. Small Business Admin**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line __2.5__ | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rose Mechanical Corp.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **8-26-71752** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Abel Hernandez Varela**<br>**62-42 64th St. 1FL**<br>**New York, NY 11379** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alessia C Cancellieri**<br>**259 Jefferson Drive**<br>**Mastic Beach, NY 11951** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

51349

Debtor  **Rose Mechanical Corp.**                                    Case number (if known)  **8-26-71752**
        Name

| | | |
|---|---|---|

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Alex G Recalde Santillan**
**107 Lavender Way**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Andres Hernandez**
**62-42 64th St. 1FL**
**New York, NY 11379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Anthony Taormina**
**64 Hamlet Drive**
**Mount Sinai, NY 11766**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Antonina Taormina**
**64 Hamlet Drive**
**Mount Sinai, NY 11766**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Rose Mechanical Corp.**                                    Case number (if known)    **8-26-71752**
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Armando D Flores**
**1711 Stanhope Street**
**Apt 2R**
**Ridgewood, NY 11385**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Charles R De Jesus**
**232 E 165th Street**
**Apt 2A**
**Bronx, NY 10456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Christopher F Cruz**
**5857 59 Street**
**Maspeth, NY 11378**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Devalon Stoute**
**15 Eisenhower Court**
**Coram, NY 11727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Debtor  **Rose Mechanical Corp.**                                     Case number (if known)    **8-26-71752**
       Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address

**Diamon Jackson
114-46 148th Street
Jamaica, NY 11436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address

**Dwight Watkins
907 Taylor Ave
Patchogue, NY 11772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address

**Eric J Odorle
947 Philadelphia Road
Easton, PA 18042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address

**Erik L Batista
305 W Forest Ave
Englewood, NJ 07631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Rose Mechanical Corp.**
           Name

Case number (if known)    **8-26-71752**

| | |
|---|---|
| 2.15 | Priority creditor's name and mailing address |

**Esmelin M Bautista De La**
**2172 Anthony Ave**
**Apt 9**
**Bronx, NY 10457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

**Unknown**    **Unknown**

---

| | |
|---|---|
| 2.16 | Priority creditor's name and mailing address |

**Fausto Benavides Fernande**
**509 W 174 Street**
**Apt 5E**
**New York, NY 10035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

**Unknown**    **Unknown**

---

| | |
|---|---|
| 2.17 | Priority creditor's name and mailing address |

**Fernando M Flores**
**1711 Stanhope Street**
**Apt 2R**
**Ridgewood, NY 11385**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

**Unknown**    **Unknown**

---

| | |
|---|---|
| 2.18 | Priority creditor's name and mailing address |

**Francisco D Toribio**
**995 E 181 St**
**Apt 1**
**Bronx, NY 10460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

**Unknown**    **Unknown**

---

Debtor    **Rose Mechanical Corp.**                                    Case number (if known)    **8-26-71752**
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Franville Nejean**
**265 54th Street, 1 FL**
**Brooklyn, NY 11220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

2.20  Priority creditor's name and mailing address    **Unknown    Unknown**
**Javier A Escalante**
**125 Stockholm Street**
**Brooklyn, NY 11221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

2.21  Priority creditor's name and mailing address    **Unknown    Unknown**
**John Velliotis**
**446 Harrison Ave**
**Miller Place, NY 11764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

2.22  Priority creditor's name and mailing address    **Unknown    Unknown**
**Jorge A Loredo**
**173 N 27th Street**
**Wyandanch, NY 11798**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Debtor   **Rose Mechanical Corp.**                                      Case number (if known)   **8-26-71752**
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Joshua E. Figueroa**
**1424 71st Street**
**Apt 2R**
**Brooklyn, NY 11228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Kevin Hermann**
**204 West Hoffman Ave**
**Lindenhurst, NY 11757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Kevin Lopez Mejia**
**11 Cortina Way**
**Bay Shore, NY 11706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Kevin R Borysewicz**
**131 Chanel Drive East**
**Shirley, NY 11967**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Debtor    **Rose Mechanical Corp.**                                    Case number (if known)    **8-26-71752**
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Leroy L Jackson**
**46 Lee Street**
**Roosevelt, NY 11575**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.28 | | | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Luis R Rosado Polanco**
**318 Springfield Ave**
**1st Floor**
**Hasbrouck Heights, NJ 07604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.29 | | | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Miguel A Almanzar**
**44 Thrush Drive**
**Brentwood, NY 11717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.30 | | | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Robert Dixon**
**259-16 149 Rd**
**Rosedale, NY 11422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Rose Mechanical Corp.** | | Case number (if known) | **8-26-71752** |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rodelin V Tavarez Gonzale**
**3125 Park Avenue**
**Apt 6C**
**Bronx, NY 10451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rodolfo Diaz**
**251 Aspen Dr**
**Milford, PA 18337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ryan K Monahan**
**247 Railroad Avenue**
**Apartment A**
**Sayville, NY 11782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zachary Giancola**
**57 Mill Rd**
**Farmingdale, NY 11735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Rose Mechanical Corp.** | Case number (if known) | **8-26-71752** |
|---|---|---|---|
| | Name | | |

**3.1** **Nonpriority creditor's name and mailing address**
**183-185 Schaefer Owner LL**
**185 Schaefer Street**
**Brooklyn, NY 11207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes - Litigation**

**Rose Mechanical Corp. v. 183-185 Schaefer Owner LLC Index No. 510835/2025**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
**88 Wall Street LLC**
**80 State Street**
**Albany, NY 12207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes - Litigation**

**Rose Mechanical Corp. v. 88 Wall Street LLC et al Index No. 154528/2024**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
**A.M.E. Inc.**
**1275 Bloomfield Avenue**
**Building 2, Suite 17B**
**Fairfield, NJ 07004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$338,694.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
**Able Equipment Rental**
**c/o United Rentals Inc.**
**100 First Stamford Place**
**Suite 700**
**Stamford, CT 06902**

Date(s) debt was incurred __

Last 4 digits of account number **0268**

As of the petition filing date, the claim is: *Check all that apply.* **$30,091.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
**ADE SYSTEMS, INC.**
**150 Albany Avenue**
**Freeport, NY 11520**

Date(s) debt was incurred __

Last 4 digits of account number **0192**

As of the petition filing date, the claim is: *Check all that apply.* **$74,431.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
**Air Control Supply**
**1580 Lakeland Avenue**
**Bohemia, NY 11716**

Date(s) debt was incurred __

Last 4 digits of account number **0238**

As of the petition filing date, the claim is: *Check all that apply.* **$2,246.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rose Mechanical Corp.**
Name

Case number (if known)   **8-26-71752**

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,046.41** |

**All Metal Industries Inc.**
**Four Higgins Drive**
**PO Box 807**
**Belmont, NH 03220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0129**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,112.28** |

**ALTA MATERIAL HANDLING**
**845 South 1st Street**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Altice USA**
**1111 Stewart Avenue**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**APCO Insulation Co Inc**
**33-46 55th Street**
**Woodside, NY 11377**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes - Litigation**

Last 4 digits of account number _

**APCO Insulation Co Inc v. Rosen Mechanical Corp. Index No. 705816/2020**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Arco Design/Build Industr**
**44 S. Broadway, Ste 1003**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes - Litigation**

Last 4 digits of account number _

**Rose Mechanical Corp. v. ARCO Design/Build Industrial New York et al Index No. 510832/2025**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Assured Partners, Inc.**
**450 S Orange Ave.**
**4th Floor**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Rose Mechanical Corp.**                                      Case number (if known)      **8-26-71752**
_____                  _____
Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,900.00** |

**ATC Mechanical Corp**
**24 Keswick Lane**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Atlantic Specialty Insura**
**One State Street Plaza**
**Floor 31**
**New York, NY 10004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  **Notice Purposes - Litigation**

**Rose Mechanical Corp. v. Atlantic Specialty Insurance Company et al Index No. 608428**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,851.00** |

**Automated Logic**
**100 Delawanna Ave**
**Suite 400**
**Clifton, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0452**

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AVIDXCHANGE Inc.**
**1210 Avidxchange Lane**
**Charlotte, NC 28206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,200.00** |

**B&L Testing & Balancing**
**1 Maxwell St**
**Ste D**
**East Rockaway, NY 11518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0459**

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**B.R. Fries & Associates,**
**c/o Justin Scott Henderso**
**1325 Avenue Of Americas**
**14th FL**
**New York, NY 10019**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice Purposes - Litigation**
**In the Matter of the Application of B.R. FRIES & ASSOCIATES, LLC v. Rose Mechanical Corp Index No. 166055/2025**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor  **Rose Mechanical Corp.**          Case number (if known)    **8-26-71752**
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,807.14** |
|---|---|---|---|

**Brookaire Company, LLC**
**17-02 Nevins Road**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0610**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C T Corporation**
**330 N Brand Blvd**
**Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Capital One**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Credit Card**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,960.00** |
|---|---|---|---|

**Climatec, LLC**
**300 Broadacres Drive**
**Ste 400**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,861.73** |
|---|---|---|---|

**Colony Hardware Corp.**
**269 S. Lambert Road**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,043.97** |
|---|---|---|---|

**Cooper Electric Supply Co**
**400 W 151 St**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0300**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,862.81** |
|---|---|---|---|

**Daikin Comfort Tech NE**
**5847 San Felipe**
**Suite 2250**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Rose Mechanical Corp.**
          Name

Case number (if known)    **8-26-71752**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Daniel Pervizi**
**c/o Ogen & Sedaghati, P.C**
**Attn: John Occhiogrosso**
**202 East 35th Street**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Notice Purposes - Litigation**

**Daniel Pervizi v. Rose Mechanical Corp et al Index No. 816011/2023**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
**F.W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$400,461.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Grainger, Inc.**
**100 Grainger Parkway**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$19,672.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Gramercy Risk Management**
**333 Earle Ovington Blvd**
**Suite 502**
**Uniondale, NY 11553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$36,562.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Herc Rentals Inc.**
**27500 Riverview Center Bl**
**Bonita Springs, FL 34134**

Date(s) debt was incurred _

Last 4 digits of account number  **0466**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$23,313.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Highmark NY, LLC**
**49 West 45th Street**
**Sixth Floor**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number  **0523**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$58,757.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
**HILO**
**c/o ALTA Industrial Eqpmt**
**845 South 1st Street**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred _

Last 4 digits of account number  **0167**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$5,299.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Rose Mechanical Corp.**
Name

Case number (if known)    **8-26-71752**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,579.35** |

**Homans Associates LLC**
**1544 Gillespie Ave**
**Apt 1B**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.08** |

**Horizon Insulation**
**Horizon Contracting LLC**
**222 East Meadow Ave**
**East Meadow, NY 11554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  0277**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,082.44** |

**Ideal Supply Co**
**445 Communipaw Avenue**
**Jersey City, NJ 07304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,265.80** |

**Industrial Threaded Produ**
**777 Mount Ave**
**Wyandanch, NY 11798**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Internal Revenue Service**
**Centralized Insolvency Op**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Notice Purposes**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,410.00** |

**Islandaire**
**500 Middle Country Road**
**Saint James, NY 11780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  0169**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,650.00** |

**ISP Automation Inc.**
**dba ISP Fuel Systems**
**9 Chris Court**
**Suite F**
**Dayton, NJ 08810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Rose Mechanical Corp.**
_____
Name

Case number (if known)    **8-26-71752**
_____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>**Unknown**</u> |
|---|---|---|---|

**John F. Scrofani, Jr**
**c/o Harris Keenan & Goldf**
**Attn: Blake Goldfarb**
**233 Broadway, 9th Fl**
**New York, NY 10279**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes - Litigation**

Last 4 digits of account number __

**John F. Scrofani, Jr. v. Mall 1-Bay Plaza LLC et al Index No. 812795/2024**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,000.00** |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
**1414 Woodward Avenue**
**Ruston, LA 71270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**KAGAN & CLINTON, INC.**
**210 River Street**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>**Unknown**</u> |
|---|---|---|---|

**Kapitus LLC**
**2500 Wilson Boulevard**
**Suite 350**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Forward Purchase Agreement (Fixed ACH Delivery)**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | <u>**Unknown**</u> |
|---|---|---|---|

**KBE Building Corporation**
**76 Patterson Park Road**
**Farmington, CT 06032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes - Litigation**

Last 4 digits of account number __

**KBE Building Corporation v.  SHP V1 MT et al Index No. 56535/2026**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217,404.63** |
|---|---|---|---|

**KLIMA New York, LLC**
**532 Broadhollow Road**
**Ste 142**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0148**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Rose Mechanical Corp.**
Name
Case number (if known)    **8-26-71752**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**L.F.G. Rigging Inc.**
**94 Cocoanut Street**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0108**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,037.00** |
|---|---|---|---|

**Lennox Industries**
**2100 Lake Park Blvd.**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0193**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LI and NY Mechanical**
**Contractors Assoc. Inc.**
**PO Box 1359**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Local 355**
**60 Brooklyn Ave**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,283.17** |
|---|---|---|---|

**Machinery Finance Resourc**
**651 Day Hill Road**
**Windsor, CT 06095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,387.30** |
|---|---|---|---|

**Mechanical Technologies**
**10 Bloomfield Avenue**
**Suite 6**
**Pine Brook, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,300.00** |
|---|---|---|---|

**Metropolitan Testing & Ba**
**152-54 10th Avenue**
**Suite 218**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Rose Mechanical Corp.**
_____
              Name

Case number (if known)    **8-26-71752**
_____

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,592.50** |

**Miller Proctor Nickolas**
**2 Hudson Street**
**Sleepy Hollow, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,633.45** |

**MWSK HVAC Equipment Sales**
**120 West 31st Street**
**3rd floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0218**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,044.50** |

**NATIONAL WASTE SERVICE LL**
**1 Jem Court**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,025.63** |

**Nefco Corporation**
**PO Box 280186**
**East Hartford, CT 06128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |

**NEFCO Service Divisions L**
**dba NEFCO Engineered Supp**
**411 Burnjam Street**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,706.00** |

**NJ Manugacturers Ins. Co.**
**301 Sullivan Way**
**Trenton, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**NYS Dept of Tax & Finance**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Rose Mechanical Corp.**                                    Case number (if known)    **8-26-71752**
_____                                    _____
              Name

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

3.60  **Nonpriority creditor's name and mailing address**

**NYS Dept. of Labor**
**1220 Washington Ave**
**Bldg 12 rm 256**
**Albany, NY 12226**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.61  **Nonpriority creditor's name and mailing address**

**OnDeck Capital**
**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.62  **Nonpriority creditor's name and mailing address**

**Over The Top Lifting LLC**
**295 Old Field Lane**
**Milford, CT 06460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$32,461.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.63  **Nonpriority creditor's name and mailing address**

**Plumb Tech Services Inc**
**1631 Del Prado Blvd**
**Suite 300 #1040**
**Cape Coral, FL 33990**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.64  **Nonpriority creditor's name and mailing address**

**Precision Mechanical HVAC**
**237 Mountainview Drive**
**Monroe, NY 10950**

Date(s) debt was incurred __

Last 4 digits of account number  **0492**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$504,385.20**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes - Litigation**
**Precision Mechanical HVAC Corp.. v. Rose Mechanical Corp et al**
**Index No. 2026-51997**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.65  **Nonpriority creditor's name and mailing address**

**Prestige Properties & Dev**
**546 Fifth Avenue**
**15th Floor**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes - Litigation**

**Rose Mechanical Corp. v. Prestige Properties & Development Co, Inc.**
**et al Index No. 807315/2025**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Rose Mechanical Corp.**                                    Case number (if known)    **8-26-71752**
_____                            _____
   Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,584.96** |

**PSEGLI**
**PO Box 9039**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,087.50** |

**Richmar Controls & Servic**
**851 McLean Ave**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Robert J. Miletsky, Esq.**
**169 Howells Road**
**Suite 18**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Attorney's fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Scott J. Miller, Esq.**
**160 Howells Road**
**Suite 18**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Law Office of Scott J. Miller P.C.**
**Attorney's fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,452.19** |

**SRS Enterprises**
**14 Leonardville Road**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0281**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$284,123.12** |

**Stargo Mechanical NY Inc.**
**53-17 244 Street**
**Douglaston, NY 11362**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes - Litigation**

**Stargo Mechanical NY Inc. v. Rose Mechanical Corp et al Index No. 655475/2025**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Rose Mechanical Corp.**
_____
         Name

Case number (if known)   **8-26-71752**
_____

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Studio Munge**
**c/o Erica Rachel Stein**
**1114 Avenue Of The Americ**
**23rd Floor**
**New York, NY 10036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes - Litigation**
**Studio Munge v. Rose Mechanical Corp Index No. 165728/2025**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,806.30 |
|---|---|---|---|

**Sunbelt Rentals Inc**
**1799 Innovation Point**
**Fort Mill, SC 29715**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes - Litigation**

Last 4 digits of account number  **0444**

**Sunbelt Rentals Inc. v. Rose Mechanical Corp Index No. 603621/2026**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,505.97 |
|---|---|---|---|

**T&L Fabricators, Inc.**
**120 Dobbin Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Talisen Construction Corp**
**c/o Cusumano Law, PLLC**
**135 crossways Park Dr**
**Suite 201**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes - Litigation**

**Talisen Construction Corporation v. Rose Mechanical Corp Index No. 161660/2025**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,338.75 |
|---|---|---|---|

**Trane**
**10-27 46th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Service Workers Un**
**145 Huhuenot St**
**Suite 420**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Rose Mechanical Corp.**
<u>Name</u>

Case number (if known)   **8-26-71752**

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Verizon**
**Bankruptcy Administration**
**500 Technology Drive**
**Suite 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$694.38** |
|---|---|---|---|

**Vicon Machinery, LLC**
**1180 Mason Circle N**
**Pevely, MO 63070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.61** |
|---|---|---|---|

**Wallace Eannace Associate**
**50 Newtown Road**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,770.00** |
|---|---|---|---|

**Wild, Maney & Resnick LLP**
**185 Froehlich Farm Blvd**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,400.64** |
|---|---|---|---|

**York International Corp**
**2118 149th Street**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  0123**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,124.89** |
|---|---|---|---|

**Zoro Tools Inc.**
**500 W. Madison St.**
**Suite 4000**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  0413**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor  **Rose Mechanical Corp.**
_____
            Name

Case number (if known)    **8-26-71752**
_____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **183-185 Schaefer Owner LL**<br>**c/o Amabile & Erman PC**<br>**Attn: Todd Gilbert Esq**<br>**445 Hamilton Ave Ste 1102**<br>**White Plains, NY 10601** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2  **807 Bank Street Prop LLC**<br>**807 Bank Street**<br>**Brooklyn, NY 11236** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3  **88 Wall Street LLC**<br>**c/o REA & Associates LLC**<br>**Attn: Jeffrey J. Rea, Esq**<br>**305 Broadway, Suite 700**<br>**New York, NY 10007** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4  **Altice USA**<br>**1 Court Square West**<br>**Long Island City, NY 11101** | Line  **3.9**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5  **APCO Insulation Co Inc.**<br>**c/o Zisholtz & Zisholtz**<br>**200 Garden City Plaza**<br>**Suite 408**<br>**Garden City, NY 11530** | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6  **Assured Partners, Inc.**<br>**c/o CT Corporation Syste**<br>**1200 South Pine Island Rd**<br>**Fort Lauderdale, FL 33324** | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7  **Atlantic Specialty et al**<br>**c/o Goetz Platzer LLP**<br>**1325 Avenue of Americas**<br>**14th Floor**<br>**New York, NY 10019** | Line  **3.14**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8  **B.R. Fries & Associates**<br>**34 West 32nd Street**<br>**New York, NY 10001** | Line  **3.14**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9  **Bay Plaza Mall, LLC**<br>**c/o Prestige Properties**<br>**546 Fifth Avenue, 15th Fl**<br>**New York, NY 10036** | Line  **3.40**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10  **KBE Building Corporation**<br>**c/o Westerman Ball Ederer**<br>**Attn: Anthony DeCapua Esq**<br>**1201 RXR Plaza**<br>**Uniondale, NY 11556** | Line  **3.44**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11  **Mall 1-Bay Plaza, LLC**<br>**Attn: Charles Farmer**<br>**546 Fifth Avenue, 15th Fl**<br>**New York, NY 10036** | Line  **3.40**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Rose Mechanical Corp.** | Case number (if known) | **8-26-71752** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.12 **Precision Mechanical HVAC**<br>**c/o Dabah & Zelkowitz LLP**<br>**Attn: Jacob E. Lewin, Esq**<br>**936 Broadway, 5th Fl**<br>**New York, NY 10010** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **Prestige Properties & Dev**<br>**546 Fifth Avenue**<br>**15th Floor**<br>**New York, NY 10036** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Prestige Properties et al**<br>**c/o Law Offices Lisa Blue**<br>**111 Brook Street**<br>**Suite 202**<br>**Scarsdale, NY 10583** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **Rodney Corporation**<br>**555 Madison Avenue**<br>**32nd Floor**<br>**New York, NY 10022** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **SP Center LLC**<br>**2100 Barstow Avenue**<br>**Bronx, NY 10475** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Stargo Mechanical NY Inc.**<br>**c/o Spitalnik & Spitalnik**<br>**Attn: Joshua D. Spitalnik**<br>**8 Maple St, Ste 5**<br>**Port Washington, NY 11050** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 **Sunbelt Rentals Inc**<br>**c/o Mullooly Jeffrey Room**<br>**Attn: Mohamed Hassan**<br>**6851 Jericho Tpke Ste 220**<br>**Syosset, NY 11791** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **The Wall Street Hotel**<br>**c/o REA & Associates LLC**<br>**Attn: Jeffrey J. Rea, Esq**<br>**305 Broadway, Suite 700**<br>**New York, NY 10007** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 **Travelers Casualty and Su**<br>**One Tower Square**<br>**Hartford, CT 06183** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 **Verizon**<br>**PO Box 3037**<br>**Bloomington, IL 61702** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. **+** $ | **2,913,261.00** |

Debtor    **Rose Mechanical Corp.**                                    Case number (if known)    **8-26-71752**
          <u>Name</u>

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.                                    5c.    $ _____ **2,913,261.00**

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 25 of 25**

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rose Mechanical Corp.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>8-26-71752</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement dated January 28, 2021 for real property located at 1565 Ocean Avenue, Bohemia, New York. Term expires January 31, 2027. Lease is guaranteed by principal of Debtor.** | |
| | State the term remaining | **9 Months** | |
| | List the contract number of any government contract | | **1565 Ocean Avenue LLC**<br>**26 Westland Drive**<br>**Glen Cove, NY 11542** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor HVAC Services for Mount Pleasant Central School District Project** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ARRIS Contracting Co**<br>**189 Smith Street**<br>**Poughkeepsie, NY 12601** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor HVAC Servcies for the Willow at The Ridgeway Project** | |
| | State the term remaining | **1 year** | |
| | List the contract number of any government contract | | **Callahan Construction Man**<br>**80 First St.**<br>**Bridgewater, MA 02324** |

Debtor 1  **Rose Mechanical Corp.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **8-26-71752**
_____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Receivables Purchase Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Constrafor, Inc.**<br>**28-90 Review Ave**<br>**Long Island City, NY 11101** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Business Loan and Security Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **FinWise Bank**<br>**820 E 9400 S**<br>**Sandy, UT 84094** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Term Note** | |
| State the term remaining | **1 year** | **JPMorgan Chase Bank N.A.**<br>**395 N Service Rd**<br>**3rd Fl** |
| List the contract number of any government contract | | **Melville, NY 11747** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Forward Purchase Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Kapitus LLC**<br>**2500 Wilson Boulevard**<br>**Suite 350**<br>**Arlington, VA 22201** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor HVAC Services at Bard College's new North-Campus residence halls, a five-building student housing complex Project** | |
| State the term remaining | | |
| List the contract number of any government contract | | **KBE Building Corporation**<br>**76 Batterson Park Road**<br>**Farmington, CT 06032** |

| Debtor 1 | **Rose Mechanical Corp.** | | Case number (*if known*) | **8-26-71752** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Subcontractor HVAC Services at Review Avenue Complex Project** | |
| State the term remaining | **Leeding Builders Group** |
| List the contract number of any government contract | **2 Park Avenue** **Suite 1502** **New York, NY 10016** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Collective Bargaining Agreement** | |
| State the term remaining — **2 Years** | **LI & New York Mechanical Contractors Assoc. Inc.** |
| List the contract number of any government contract | **98 Box 1359** **Central Islip, NY 11722** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Finance Agreement** | |
| State the term remaining — **3 Years** | **Machinery Finance Resourc** |
| List the contract number of any government contract | **651 Day Hill** **Windsor, CT 06095** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Business Line of Credit Agreement** | |
| State the term remaining | **OnDeck Capital** |
| List the contract number of any government contract | **4700 W. Daybreak Pkwy** **Suite 200** **South Jordan, UT 84009** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **SBA Financing** | |
| State the term remaining | **Ponce Bank** |
| List the contract number of any government contract | **2244 Westchester Avenue** **Bronx, NY 10462** |

Debtor 1  **Rose Mechanical Corp.**

First Name          Middle Name          Last Name

Case number (*if known*)  **8-26-71752**

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Signature Financial LLC**<br>**225 Broadhollow Rd**<br>**Suite 132**<br>**Melville, NY 11747** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **Rose Mechanical Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **8-26-71752**

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors                                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **37-11 Owners LLC** | **158-13 72nd Avenue Fresh Meadows, NY 11365** | **Stargo Mechanical NY Inc.** | ☐ D _____ <br> ■ E/F ___3.71___ <br> ☐ G _____ |
| 2.2 | **Anthony Taormina** | **64 Hamlet Drive Mount Sinai, NY 11766** | **Signature Financial LLC** | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Anthony Taormina** | **46 Hamlet Drive Mount Sinai, NY 11766** | **Kapitus LLC** | ☐ D _____ <br> ■ E/F ___3.43___ <br> ☐ G _____ |
| 2.4 | **Anthony Taormina** | **64 Hamlet Drive Mount Sinai, NY 11766** | **Stargo Mechanical NY Inc.** | ☐ D _____ <br> ■ E/F ___3.71___ <br> ☐ G _____ |
| 2.5 | **Anthony Taormina** | **64 Hamlet Drive Mount Sinai, NY 11766** | **Ponce Bank** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Rose Mechanical Corp.**                                        Case number *(if known)*    **8-26-71752**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | **Antonina Taormina** | **64 Hamlet Drive Mount Sinai, NY 11766** | **Ponce Bank** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ | |
| 2.7 | **Atlantic Specialty Insura** | **One State Street Plaza 31 Floor New York, NY 10004** | **Stargo Mechanical NY Inc.** | ☐ D _____ ■ E/F  **3.71** ☐ G _____ | |
| 2.8 | **Bard College** | **c/o DBI Projects Inc. 31-33 Robbins Road Farmington, CT 06032** | **Precision Mechanical HVAC** | ☐ D _____ ■ E/F  **3.64** ☐ G _____ | |
| 2.9 | **KBE Building Corporation** | **76 Batterson Park Road Farmington, CT 06032** | **Precision Mechanical HVAC** | ☐ D _____ ■ E/F  **3.64** ☐ G _____ | |
| 2.10 | **Ricardo F. Lopes** | **4 Arthur Street Selden, NY 11784** | **Daniel Pervizi** | ☐ D _____ ■ E/F  **3.26** ☐ G _____ | |
| 2.11 | **SHP VI Mt. Pleasant SPE L** | **2 Zeiss Drive Thornwood, NY 10594** | **KBE Building Corporation** | ☐ D _____ ■ E/F  **3.44** ☐ G _____ | |
| 2.12 | **Anthony Taormina** | **64 Hamlet Drive Mount Sinai, NY 11766 Guarantor** | **1565 Ocean Avenue LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.1** | |

**Fill in this information to identify the case:**

Debtor name     **Rose Mechanical Corp.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **8-26-71752**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$10,374,000.00** |
| **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$21,813,758.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor  **Rose Mechanical Corp.**                          Case number *(if known)*  **8-26-71752**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **NJ Manugacturers Ins. Co.**<br>**301 Sullivan Way**<br>**Trenton, NJ 08628** | **3/2/2026 &**<br>**4/2/2026** | **$22,849.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062** | **recurring** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Ponce Bank**<br>**2244 Westchester Avenue**<br>**Bronx, NY 10462** | **recurring** | **$35,665.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Capital One**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102** | **recurring** | **$38,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Kapitus LLC**<br>**2500 Wilson Boulevard**<br>**Suite 350**<br>**Arlington, VA 22201** | **recurring** | **$45,077.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **AMEX National Bank**<br>**P.O. Box 30384**<br>**Salt Lake City, UT 84130** | **recurring** | **$48,790.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **1565 Ocean Avenue LLC**<br>**26 Westland Drive**<br>**Glen Cove, NY 11542** | **4/1/2026** | **$20,684.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Utica Mutual Insurance Company**<br>**PO Box 530**<br>**Utica, NY 13503** | **2/5/2026 &**<br>**4/2/2026** | **$30,389.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Rose Mechanical Corp.**                    Case number *(if known)*  **8-26-71752**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **OnDeck Capital** **4700 W. Daybreak Pkwy** **Suite 200** **South Jordan, UT 84009** | **2/27/2026 &** **4/2/2026** | **$16,468.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.10. **Internal Revenue Service** **Centralized Insolvency Op** **P.O. Box 7346** **Philadelphia, PA 19101** | **recurring** | **$89,849.69** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.11. **NYS Dept. of Labor** **1220 Washington Ave** **Bldg 12 rm 256** **Albany, NY 12226** | **4/28/2026** | **$29,289.84** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Anthony Taormina** **64 Hamlet Drive** **Mount Sinai, NY 11766** **President** | | **$50,000.00** | **Repayment of Loan** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Rose Mechanical Corp.** | | Case number *(if known)* | **8-26-71752** |
|---|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Rose Mechanical Corp. v. 88 Wall Street LLC et al**<br>**154528/2024** | **Real Property - Other (Foreclose mechanics lien)** | **New York County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **OVER THE TOP LIFTING, LLC v. ROSE MECHANICAL CORP et al**<br>**160764/2025** | **Mechanic's Lien** | **New York County Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **TALISEN CONSTRUCTION CORPORATION v. ROSE MECHANICAL CORP.**<br>**161660/2025** | **Mechanic's Lien** | **New York County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **STUDIO MUNGE (O/B 1279317 ONTARIO LTD.) v. 37-11 OWNER LLC et al**<br>**165728/2025** | **Foreclosure on Mech. Lien** | **New York County Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **In the Matter of the Application of B.R. FRIES & ASSOCIATES, LLC v. ROSE MECHANICAL CORP.,**<br>**166055/2025** | **Mechanic's Lien** | **New York County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **PRECISION MECHANICAL HVAC CORP. v. ROSE MECHANICAL CORP. et al**<br>**2026-51997** | **Mechanic's Lien** | **Dutchess County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Rose Mechanical Corp. v. ARCO Design/Build Industrial New York A Division of ARCO DB Companies, Inc. et al**<br>**510832/2025** | **Lien Foreclosure** | **Kings County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Rose Mechanical Corp. v. 183-185 Schaefer Owner LLC**<br>**510835/2025** | **Lien Foreclosure** | **Kings County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **KBE BUILDING CORPORATION v. SHP VI MT. PLEASANT SPE LLC et al**<br>**56535/2026** | **Contract** | **Westchester County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **SUNBELT RENTALS INC v. ROSE MECHANICAL CORP**<br>**603621/2026** | **Consumer Credit (Non-Card) Transaction** | **Suffolk County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Rose Mechanical Corp. v. Atlantic Specialty Insurance Company et al**<br>**608428/2025** | **Commercial** | **Suffolk County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Rose Mechanical Corp.**                                      Case number *(if known)*  **8-26-71752**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **STARGO MECHANICAL NY INC. v. ROSE MECHANICAL CORP. et al**<br>**655475/2025** | **Breach of Contract** | **New York County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **APCO INSULATION CO INC. v. ROSE MECHANICAL CORP.**<br>**705816/2020** | **Contract** | **Queens County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Rose Mechanical Corp. v. Prestige Properties & Development Co. Inc. et al**<br>**807315/2025E** | **Lien Foreclosure** | **Bronx County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Rose Mechanical Corp. v. Prestige Properties & Development Co. Inc. et al**<br>**808706/2025E** | **Lien Foreclosure** | **Bronx County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **JOHN F. SCROFANI JR. v. MALL 1-BAY PLAZA, LLC et al**<br>**812795/2024E** | **personal injury** | **Bronx County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **DANIEL PERVIZI v. ROSE MECHANICAL CORP. et al**<br>**816011/2023E** | **Torts - Motor Vehicle** | **Bronx County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

| Debtor | **Rose Mechanical Corp.** | Case number *(if known)* **8-26-71752** |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | **Who was paid or who received the transfer? Address** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.1. | **Rosen, Tsionis & Pizzo, PLLC 38 New Street Huntington, NY 11743** | **Attorneys Fee ($25,000.00) Chapter 11 Filing Fee ($1,738.00)** | | **$26,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| **Who received transfer? Address** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| **Address** | **Dates of occupancy From-To** |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **Rose Mechanical Corp.**                              Case number *(if known)* **8-26-71752**

16. **Does the debtor collect and retain personally identifiable information of customers?**

 ■  No.
 ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

 ☒  No. Go to Part 10.
 ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

 ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

 ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

 ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

 ☒ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **Rose Mechanical Corp.** | | Case number *(if known)* **8-26-71752** |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Alex Resnick, CPA**<br>**185 Froehlich Farm Blvd**<br>**Woodbury, NY 11797** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | **Rose Mechanical Corp.** | Case number *(if known)* **8-26-71752** |
|---|---|---|

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Taormina Sr | 64 Hamlet Drive Mount Sinai, NY 11766 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Local 355 US Welfare Fund Security Division | EIN: |

Debtor    **Rose Mechanical Corp.**                                    Case number *(if known)*  **8-26-71752**

---

Part 14:  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2026**

**/s/ Anthony Taormina**                              **Anthony Taormina**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Rose Mechanical Corp.**                                    Case No.    **8-26-71752**

_____    Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

For legal services, I have agreed to accept _____    $    _____

Prior to the filing of this statement I have received _____    $    _____

Balance Due _____    $    _____

■    **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____    $    **25,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____    $    **690.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    [List other services that counsel has agreed to provide]
     **Negotiations with creditors; preparation and filing of Chapter 11 plan; preparation and filing of applications as needed; and all other aspects of the Chapter 11 proceeding.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Rose Mechanical Corp.**                                    Case No.   **8-26-71752**
_____                    _____
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May 18, 2026**                                            **/s/ Alex E. Tsionis**
_____                    _____
*Date*                                                **Alex E. Tsionis**
                                                    *Signature of Attorney*
                                                    **Rosen, Tsionis & Pizzo, PLLC**
                                                    **38 New St**
                                                    **Huntington, NY 11743-3327**
                                                    **631-423-8527  Fax: 631-423-4536**
                                                    **atsionis@ajrlawny.com**
                                                    _____
                                                    *Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re    **Rose Mechanical Corp.**                     Case No.    **8-26-71752**

Debtor(s)                     Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony Taormina**<br>**64 Hamlet Dr**<br>**Mount Sinai, NY 11766** | | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 18, 2026**                     Signature   **/s/ Anthony Taormina**

**Anthony Taormina**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Rose Mechanical Corp.**                                                    Case No.    **8-26-71752**

Debtor(s)                                                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **May 18, 2026**                          **/s/ Anthony Taormina**

**Anthony Taormina**/**President**
Signer/Title

Date:    **May 18, 2026**                          **/s/ Alex E. Tsionis**

Signature of Attorney
**Alex E. Tsionis**
**Rosen, Tsionis & Pizzo, PLLC**
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527   Fax: 631-423-4536**

USBC-44                                                                                                          Rev. 9/17/98

1565 Ocean Avenue LLC
26 Westland Drive
Glen Cove, NY 11542


183-185 Schaefer Owner LL
185 Schaefer Street
Brooklyn, NY 11207


183-185 Schaefer Owner LL
c/o Amabile & Erman PC
Attn: Todd Gilbert Esq
445 Hamilton Ave Ste 1102
White Plains, NY 10601


37-11 Owners LLC
158-13 72nd Avenue
Fresh Meadows, NY 11365


807 Bank Street Prop LLC
807 Bank Street
Brooklyn, NY 11236


88 Wall Street LLC
80 State Street
Albany, NY 12207


88 Wall Street LLC
c/o REA & Associates LLC
Attn: Jeffrey J. Rea, Esq
305 Broadway, Suite 700
New York, NY 10007


A.M.E. Inc.
1275 Bloomfield Avenue
Building 2, Suite 17B
Fairfield, NJ 07004


Abel Hernandez Varela
62-42 64th St. 1FL
New York, NY 11379

Able Equipment Rental
c/o United Rentals Inc.
100 First Stamford Place
Suite 700
Stamford, CT 06902


ADE SYSTEMS, INC.
150 Albany Avenue
Freeport, NY 11520


Air Control Supply
1580 Lakeland Avenue
Bohemia, NY 11716


Alessia C Cancellieri
259 Jefferson Drive
Mastic Beach, NY 11951


Alex G Recalde Santillan
107 Lavender Way
Warren, NJ 07059


All Metal Industries Inc.
Four Higgins Drive
PO Box 807
Belmont, NH 03220


ALTA MATERIAL HANDLING
845 South 1st Street
Ronkonkoma, NY 11779


Altice USA
1111 Stewart Avenue
Bethpage, NY 11714


Altice USA
1 Court Square West
Long Island City, NY 11101


Andres Hernandez
62-42 64th St. 1FL
New York, NY 11379

Anthony Taormina
64 Hamlet Drive
Mount Sinai, NY 11766

Antonina Taormina
64 Hamlet Drive
Mount Sinai, NY 11766

APCO Insulation Co Inc
33-46 55th Street
Woodside, NY 11377

APCO Insulation Co Inc.
c/o Zisholtz & Zisholtz
200 Garden City Plaza
Suite 408
Garden City, NY 11530

Arco Design/Build Industr
44 S. Broadway, Ste 1003
White Plains, NY 10601

Armando D Flores
1711 Stanhope Street
Apt 2R
Ridgewood, NY 11385

ARRIS Contracting Co
189 Smith Street
Poughkeepsie, NY 12601

Assured Partners, Inc.
450 S Orange Ave.
4th Floor
Orlando, FL 32801

Assured Partners, Inc.
c/o CT Corporation Syste
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

ATC Mechanical Corp
24 Keswick Lane
Plainview, NY 11803

Atlantic Specialty et al
c/o Goetz Platzer LLP
1325 Avenue of Americas
14th Floor
New York, NY 10019


Atlantic Specialty Insura
One State Street Plaza
Floor 31
New York, NY 10004


Atlantic Specialty Insura
One State Street Plaza
31 Floor
New York, NY 10004


Automated Logic
100 Delawanna Ave
Suite 400
Clifton, NJ 07014


AVIDXCHANGE Inc.
1210 Avidxchange Lane
Charlotte, NC 28206


B&L Testing & Balancing
1 Maxwell St
Ste D
East Rockaway, NY 11518


B.R. Fries & Associates
34 West 32nd Street
New York, NY 10001


B.R. Fries & Associates,
c/o Justin Scott Henderso
1325 Avenue Of Americas
14th FL
New York, NY 10019


Bard College
c/o DBI Projects Inc.
31-33 Robbins Road
Farmington, CT 06032

Bay Plaza Mall, LLC
c/o Prestige Properties
546 Fifth Avenue, 15th Fl
New York, NY 10036


Brookaire Company, LLC
17-02 Nevins Road
Fair Lawn, NJ 07410


C T Corporation
330 N Brand Blvd
Suite 700
Attn: SPRS
Glendale, CA 91203


Callahan Construction Man
80 First St.
Bridgewater, MA 02324


Capital One
1680 Capital One Drive
Mc Lean, VA 22102


Charles R De Jesus
232 E 165th Street
Apt 2A
Bronx, NY 10456


Christopher F Cruz
5857 59 Street
Maspeth, NY 11378


Climatec, LLC
300 Broadacres Drive
Ste 400
Bloomfield, NJ 07003


Colony Hardware Corp.
269 S. Lambert Road
Orange, CT 06477


Constrafor, Inc.
28-90 Review Ave
Long Island City, NY 11101

Cooper Electric Supply Co
400 W 151 St
New York, NY 10031


Daikin Comfort Tech NE
5847 San Felipe
Suite 2250
Houston, TX 77057


Daniel Pervizi
c/o Ogen & Sedaghati, P.C
Attn: John Occhiogrosso
202 East 35th Street
New York, NY 10016


Devalon Stoute
15 Eisenhower Court
Coram, NY 11727


Diamon Jackson
114-46 148th Street
Jamaica, NY 11436


Dwight Watkins
907 Taylor Ave
Patchogue, NY 11772


Eric J Odorle
947 Philadelphia Road
Easton, PA 18042


Erik L Batista
305 W Forest Ave
Englewood, NJ 07631


Esmelin M Bautista De La
2172 Anthony Ave
Apt 9
Bronx, NY 10457


F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Fausto Benavides Fernande
509 W 174 Street
Apt 5E
New York, NY 10035


Fernando M Flores
1711 Stanhope Street
Apt 2R
Ridgewood, NY 11385


FinWise Bank
820 E 9400 S
Sandy, UT 84094


Flagstar Equipment Fin.
100 Duffy Ave
Suite 402
Hicksville, NY 11801


Francisco D Toribio
995 E 181 St
Apt 1
Bronx, NY 10460


Franville Nejean
265 54th Street, 1 FL
Brooklyn, NY 11220


Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045


Gramercy Risk Management
333 Earle Ovington Blvd
Suite 502
Uniondale, NY 11553


Herc Rentals Inc.
27500 Riverview Center Bl
Bonita Springs, FL 34134

Highmark NY, LLC
49 West 45th Street
Sixth Floor
New York, NY 10036


HILO
c/o ALTA Industrial Eqpmt
845 South 1st Street
Ronkonkoma, NY 11779


Homans Associates LLC
1544 Gillespie Ave
Apt 1B
Bronx, NY 10461


Horizon Insulation
Horizon Contracting LLC
222 East Meadow Ave
East Meadow, NY 11554


Huntington National Bank
11100 Wayzata Blvd
Suite 700
Minnetonka, MN 55305


HYG Financial Services In
600 South 4th Street
Floor 10
Minneapolis, MN 55415


HYG Financial Services In
PO Box 35701
Billings, MT 59107


Ideal Supply Co
445 Communipaw Avenue
Jersey City, NJ 07304


Industrial Threaded Produ
777 Mount Ave
Wyandanch, NY 11798

Internal Revenue Service
Centralized Insolvency Op
P.O. Box 7346
Philadelphia, PA 19101


Islandaire
500 Middle Country Road
Saint James, NY 11780


ISP Automation Inc.
dba ISP Fuel Systems
9 Chris Court
Suite F
Dayton, NJ 08810


Javier A Escalante
125 Stockholm Street
Brooklyn, NY 11221


John F. Scrofani, Jr
c/o Harris Keenan & Goldf
Attn: Blake Goldfarb
233 Broadway, 9th Fl
New York, NY 10279


John Velliotis
446 Harrison Ave
Miller Place, NY 11764


Jorge A Loredo
173 N 27th Street
Wyandanch, NY 11798


Joshua E. Figueroa
1424 71st Street
Apt 2R
Brooklyn, NY 11228


JPMorgan Chase Bank N.A.
395 N Service Rd
3rd Fl
Melville, NY 11747

JPMorgan Chase Bank, N.A.
1414 Woodward Avenue
Ruston, LA 71270


KAGAN & CLINTON, INC.
210 River Street
Hackensack, NJ 07601


Kapitus LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201


KBE Building Corporation
76 Patterson Park Road
Farmington, CT 06032


KBE Building Corporation
c/o Westerman Ball Ederer
Attn: Anthony DeCapua Esq
1201 RXR Plaza
Uniondale, NY 11556


KBE Building Corporation
76 Batterson Park Road
Farmington, CT 06032


Kevin Hermann
204 West Hoffman Ave
Lindenhurst, NY 11757


Kevin Lopez Mejia
11 Cortina Way
Bay Shore, NY 11706


Kevin R Borysewicz
131 Chanel Drive East
Shirley, NY 11967


KLIMA New York, LLC
532 Broadhollow Road
Ste 142
Melville, NY 11747

L.F.G. Rigging Inc.
94 Cocoanut Street
Brentwood, NY 11717


Leeding Builders Group
2 Park Avenue
Suite 1502
New York, NY 10016


Lennox Industries
2100 Lake Park Blvd.
Richardson, TX 75080


Leroy L Jackson
46 Lee Street
Roosevelt, NY 11575


LI & New York Mechanical
Contractors Assoc. Inc.
98 Box 1359
Central Islip, NY 11722


LI and NY Mechanical
Contractors Assoc. Inc.
PO Box 1359
Central Islip, NY 11722


Local 355
60 Brooklyn Ave
Merrick, NY 11566


Luis R Rosado Polanco
318 Springfield Ave
1st Floor
Hasbrouck Heights, NJ 07604


Machinery Finance Resourc
651 Day Hill Road
Windsor, CT 06095


Machinery Finance Resourc
17 Talcott Notch Road
Farmington, CT 06032

Machinery Finance Resourc
651 Day Hill
Windsor, CT 06095


Mall 1-Bay Plaza, LLC
Attn: Charles Farmer
546 Fifth Avenue, 15th Fl
New York, NY 10036


Mechanical Technologies
10 Bloomfield Avenue
Suite 6
Pine Brook, NJ 07058


Metropolitan Testing & Ba
152-54 10th Avenue
Suite 218
Whitestone, NY 11357


Miguel A Almanzar
44 Thrush Drive
Brentwood, NY 11717


Miller Proctor Nickolas
2 Hudson Street
Sleepy Hollow, NY 10591


MWSK HVAC Equipment Sales
120 West 31st Street
3rd floor
New York, NY 10001


NATIONAL WASTE SERVICE LL
1 Jem Court
Bay Shore, NY 11706


Nefco Corporation
PO Box 280186
East Hartford, CT 06128


NEFCO Service Divisions L
dba NEFCO Engineered Supp
411 Burnjam Street
East Hartford, CT 06108

NJ Manugacturers Ins. Co.
301 Sullivan Way
Trenton, NJ 08628


NYS Dept of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205


NYS Dept. of Labor
1220 Washington Ave
Bldg 12 rm 256
Albany, NY 12226


OnDeck Capital
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009


Over The Top Lifting LLC
295 Old Field Lane
Milford, CT 06460


Plumb Tech Services Inc
1631 Del Prado Blvd
Suite 300 #1040
Cape Coral, FL 33990


Ponce Bank
2244 Westchester Avenue
Bronx, NY 10462


Ponce Bank
c/o Dybner & Dybner
111 Dunnell Road, Ste 103
Maplewood, NJ 07040


Precision Mechanical HVAC
237 Mountainview Drive
Monroe, NY 10950

Precision Mechanical HVAC
c/o Dabah & Zelkowitz LLP
Attn: Jacob E. Lewin, Esq
936 Broadway, 5th Fl
New York, NY 10010


Prestige Properties & Dev
546 Fifth Avenue
15th Floor
New York, NY 10036


Prestige Properties et al
c/o Law Offices Lisa Blue
111 Brook Street
Suite 202
Scarsdale, NY 10583


PSEGLI
PO Box 9039
Hicksville, NY 11802


Ricardo F. Lopes
4 Arthur Street
Selden, NY 11784


Richmar Controls & Servic
851 McLean Ave
Yonkers, NY 10704


Robert Dixon
259-16 149 Rd
Rosedale, NY 11422


Robert J. Miletsky, Esq.
169 Howells Road
Suite 18
Bay Shore, NY 11706


Rodelin V Tavarez Gonzale
3125 Park Avenue
Apt 6C
Bronx, NY 10451

Rodney Corporation
555 Madison Avenue
32nd Floor
New York, NY 10022


Rodolfo Diaz
251 Aspen Dr
Milford, PA 18337


Ryan K Monahan
247 Railroad Avenue
Apartment A
Sayville, NY 11782


Scott J. Miller, Esq.
160 Howells Road
Suite 18
Bay Shore, NY 11706


SHP VI Mt. Pleasant SPE L
2 Zeiss Drive
Thornwood, NY 10594


Signature Financial LLC
225 Broadhollow Rd
Suite 132
Melville, NY 11747


SP Center LLC
2100 Barstow Avenue
Bronx, NY 10475


SRS Enterprises
14 Leonardville Road
Middletown, NJ 07748


Stargo Mechanical NY Inc.
53-17 244 Street
Douglaston, NY 11362

Stargo Mechanical NY Inc.
c/o Spitalnik & Spitalnik
Attn: Joshua D. Spitalnik
8 Maple St, Ste 5
Port Washington, NY 11050


Studio Munge
c/o Erica Rachel Stein
1114 Avenue Of The Americ
23rd Floor
New York, NY 10036


Sunbelt Rentals Inc
1799 Innovation Point
Fort Mill, SC 29715


Sunbelt Rentals Inc
c/o Mullooly Jeffrey Room
Attn: Mohamed Hassan
6851 Jericho Tpke Ste 220
Syosset, NY 11791


T&L Fabricators, Inc.
120 Dobbin Street
Brooklyn, NY 11222


Talisen Construction Corp
c/o Cusumano Law, PLLC
135 crossways Park Dr
Suite 201
Woodbury, NY 11797


The Wall Street Hotel
c/o REA & Associates LLC
Attn: Jeffrey J. Rea, Esq
305 Broadway, Suite 700
New York, NY 10007


Trane
10-27 46th Avenue
Long Island City, NY 11101


Travelers Casualty and Su
One Tower Square
Hartford, CT 06183

```
U.S. Small Bus Admin
New York District Office
Attn: District Counsel
26 Federal Plaza, Rm 3100
New York, NY 10278


U.S. Small Business Admin
2 North 20th Street
Suite 320
Birmingham, AL 35203


United Service Workers Un
145 Huhuenot St
Suite 420
New Rochelle, NY 10801


Verizon
Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304


Verizon
PO Box 3037
Bloomington, IL 61702


Vicon Machinery, LLC
1180 Mason Circle N
Pevely, MO 63070


Wallace Eannace Associate
50 Newtown Road
Plainview, NY 11803


Wild, Maney & Resnick LLP
185 Froehlich Farm Blvd
Woodbury, NY 11797


York International Corp
2118 149th Street
Whitestone, NY 11357
```

Zachary Giancola
57 Mill Rd
Farmingdale, NY 11735


Zoro Tools Inc.
500 W. Madison St.
Suite 4000
Chicago, IL 60661

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**  Rose Mechanical Corp.                          **CASE NO.:**.  8-26-71752

   Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

 CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

 CURRENT STATUS OF RELATED CASE: _____
         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Alex E. Tsionis**
_____        _____
**Alex E. Tsionis**
Signature of Debtor's Attorney                         Signature of Pro Se Debtor/Petitioner
**Rosen, Tsionis & Pizzo, PLLC**
**38 New St**                                            _____
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**                         Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

IN RE:    **Rose Mechanical Corp.**

                Debtor(s)

-----------------------------------------------X

Chapter    **11**

Case No.:    **8-26-71752**

STATEMENT PURSUANT TO LOCAL RULE 2017

I, **Alex E. Tsionis**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|-----------|----------|
| **4/20/26** | Initial interview, analysis of financial condition, etc. |
| **5/4/26** | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ __690.00 per hour__.

Dated: **May 18, 2026**

/s/ **Alex E. Tsionis**
_____
**Alex E. Tsionis**
Attorney for debtor(s)
**Rosen, Tsionis & Pizzo, PLLC**
**38 New St**
**Huntington, NY 11743-3327**

**631-423-8527 Fax:631-423-4536**
**atsionis@ajrlawny.com**